# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0995
_____

STATE OF FLORIDA,

Appellant,

v.

JOSE GARCIA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.


June 27, 2025

PER CURIAM.

DISMISSED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James Uthmeier, Attorney General; Jasmine Mattear and Adam B. Wilson, Assistant Attorneys General, Tallahassee, for Appellant.

No appearance for Appellee.